# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO
# LA CRUCES DIVISION

| | | |
|---|---|---|
| **JUAN CARLOS LEON-HERRERA** | § | |
| *PLAINTIFF* | § | |
| | § | |
| v. | § | CIVIL ACTION NO.: 2:24-CV-00153 |
| | § | |
| **BAR-S-FOODS CO D/B/A SIGMA FOODS AND JORGE ZUNIGA ISAIS D/B/A RVJ TRANSPORT** | § § § | |
| *DEFENDANT* | § | |

### PLAINTIFF'S NOTICE OF APPEARANCE AND DESIGNATION OF LEAD COUNSEL FOR PLAINTIFF

**TO THE HONORABLE JUDGE OF SAID COURT:**

Please take notice that the following attorney is entering an appearance for Plaintiff, JUAN CARLOS LEON-HERRERA, and will serve as lead counsel and attorney-in-charge, replacing Jason DeSouza in the above-numbered and entitled case:

> **Jorge L. Alvarez**
> NM: No: 23-103
> TBN: No: 24133590
> jorge@jfdlawfirm.com
> DeSouza Law Firm
> 4047 Naco Perrin, Ste. 100
> San Antonio, Texas 78217
> Telephone: (210) 714-4215
> Facsimile: (210) 496-0060

**RESPECTFULLY SUBMITTED,**

**DESOUZA INJURY LAWYERS**
4047 NACO PERRIN, SUITE 100
SAN ANTONIO, TEXAS 78217
210/ 714-4215 – PHONE
210/496-0060 – FACSIMILE

**BY:** */S/ Jorge L. Alvarez*
**JORGE L. ALVAREZ**
NM: No: 23-103
TBN: No: 24133590
jorge@jfdlawfirm.com
**ADAM SETRA**
NM: No: 23-272
TBN: No: 24115478
adam@jfdlawfirm.com

*ATTORNEYS FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

This will certify that a true and correct copy of the above and foregoing instrument was duly served in accordance with the FEDERAL RULES OF CIVIL PROCEDURE on May 1, 2024 upon all parties/counsel of record.

**BY:** */S/ Jorge L. Alvarez*
JORGE L. ALVAREZ