IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JUAN CARLOS LEON-HERRERA,

    Plaintiff,

v.                                                                         Civ. No. 2:24-CV-00153-MIS-GJF

BAR-S-FOODS CO D/B/A SIGMA FOODS,
and JORGE ZUNIGA ISAIS D/B/A RVJ TRANSPORT,

    Defendants.

## NOTICE OF APPEARANCE

COMES NOW, Law Offices of David M. Houliston (David M. Houliston), and hereby enters its appearance as counsel on behalf of Defendant Jorge Zuniga Isais d/b/a RVJ Transport in the above-captioned matter. David M. Houliston requests that all correspondence and pleadings be directed to him at the address below.

                                Respectfully submitted:

                                LAW OFFICES OF DAVID M. HOULISTON

                                */s/ David M. Houliston*
                                David M. Houliston
                                4801 Lang Avenue NE, Suite 205
                                Albuquerque, NM  87109
                                Phone: (505) 247-1223
                                Fax:    (505) 214-5204
                                david@houlistonlaw.com
                                *Attorney for Defendant Jorge Zuniga Isais d/b/a RVJ Transport*

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on May 10, 2024, I filed the foregoing pleading electronically through the CM/ECF filing system, which caused the following parties or counsel to be served by electronic means, as fully reflected on the Notice of Electronic Filing:

Jorge L. Alvarez
Jason F. DeSouza
DESOUZA INJURY LAWYERS
4047 Naco Perrin Boulevard, Suite 100
San Antonio, TX 78230
Phone: (214) 714-4215
jorge@jfdlawfirm.com
jason@jfdlawfirm.com
*Attorneys for Plaintiff*

*/s/ David M. Houliston*
David M. Houliston

2