IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JUAN CARLOS LEON-HERRERA,          §
                                   §
        Plaintiff,                 §
                                   §
v.                                 §          Case No. 2:24-cv-00153-MIS-GJF
                                   §
BAR-S FOODS CO. D/B/A SIGMA FOODS  §
AND JORGE ZUNIGA ISAIS D/B/A       §
RVJ TRANSPORT,                     §
                                   §
        Defendants.                §
                                   §

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

Modrall, Sperling, Roehl, Harris & Sisk, P.A. (Spencer L. Edelman and Taryn F. Hanrahan) hereby enters its appearance on behalf of Defendant Bar-S Foods Co. misidentified in the Complaint as Bar-S Foods Co. d/b/a Sigma Foods in the above-referenced case, and requests that (i) all notices given or required to be served in this case, and (ii) notice of any actions taken or motions filed in this case, be given and served upon the undersigned.

Respectfully submitted,

MODRALL, SPERLING, ROEHL, HARRIS
& SISK, P.A.

By: _/s/ Spencer L. Edelman_____
     Spencer L. Edelman
     Taryn F. Hanrahan
     Post Office Box 2168
     Albuquerque, New Mexico 87103-2168
     Telephone: 505.848.1800
     spencer.edelman@modrall.com
     taryn.hanrahan@modrall.com

*Attorneys for Bar-S Foods Co.*

WE HEREBY CERTIFY that a true and correct copy of the foregoing was filed via CM/ECF and served in accordance with the Notice of Electronic Filing on this 6th day of June, 2024.

MODRALL, SPERLING, ROEHL, HARRIS & SISK, P.A.

By: _/s/ Spencer L. Edelman_
    Spencer L. Edelman

*Y:\dox\client\12257\0001\DRAFTS\W5085363.DOCX*