IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO
LAS CRUCES DIVISION

| | | |
|---|---|---|
| JUAN CARLOS LEON-HERRERA, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 2:24-cv-00153-MIS-GJF |
| BAR-S FOODS CO. D/B/A SIGMA FOODS AND JORGE ZUNIGA ISAIS D/B/A RVJ TRANSPORT, | § § § § § | |
| Defendants. | § § | |

## **DEFENDANT BAR-S FOODS CO. CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Bar-S Foods Co. by and through its counsel, makes the following disclosure: Bar-S Foods Co. is a wholly owned subsidiary of Sigma Alimentos Exterior, SL. No publicly held corporation owns more than 10% of the stock of Sigma Alimentos Exterior, SL.

Respectfully submitted,

MODRALL, SPERLING, ROEHL, HARRIS
  & SISK, P.A.

By: */s/ Spencer L. Edelman*
Spencer L. Edelman
Taryn F. Hanrahan
Post Office Box 2168
500 Fourth Street NW, Suite 1000
Albuquerque, New Mexico 87103-2168
Telephone: 505.848.1800
sle@modrall.com
taryn.hanrahan@modrall.com

*Attorneys for Bar-S Foods Co.*

WE HEREBY CERTIFY that a true and correct copy of the foregoing was filed via CM/ECF and served in accordance with the Notice of Electronic Filing on this 24th day of June, 2024.

MODRALL, SPERLING, ROEHL, HARRIS & SISK, P.A.

By: */s/ Spencer L. Edelman*
     Spencer L. Edelman

*Y:\dox\client\12257\0001\DRAFTS\W5108131.DOCX*