UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

JUAN CARLOS LEON-HERRERA,

    Plaintiff,

vs.

BAR-S FOODS CO. D/B/A SIGMA-FOODS AND JORGE ZUNIGA ISAIS D/B/A RVJ TRANSPORT,

    Defendants.

NO. 2:24-CV-00153-MIS-GJF

## NOTICE OF APPEARANCE

COMES NOW, the law firm of Jones, Skelton & Hochuli, P.L.C. (Raúl P. Sedillo and Schuyler Willard) and hereby enters its appearance on behalf of Defendant Jorge Zuniga Isais d/b/a RVJ Transport, in the above-entitled and numbered cause of action.

Respectfully submitted,

/s/ *Raúl P. Sedillo*
Raúl P. Sedillo
Sky Willard
Jones, Skelton & Hochuli, P.L.C.
8220 San Pedro Dr NE, Suite 420
Albuquerque, New Mexico 87113
Telephone: (505) 339-3500
Facsimile:  (505) 339-3200
E-mail:    rsedillo@jshfirm.com
          swillard@jshfirm.com

*Defendants Jorge Zuniga Isais d/b/a RVJ Transport*

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of June, 2024, I filed the foregoing electronically through the CM/ECF system, which caused the parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

| | |
|---|---|
| Jason F. DeSouza<br>Jorge L. Alvarez<br>DESOUZA INJURY LAWYERS<br>4047 Naco Perrin Blvd. Suite 100<br>San Antonio, Texas 78230<br>Tel: (210) 714-4215<br>Fax: (210) 496-0060<br>jason@jfdlawfirm.com<br>jorge@jfdlawfirm.com<br>*Attorneys for Plaintiff* | Spencer L. Edelman<br>Taryn F. Hanrahan<br>MODRALL, SPERLING, ROEHL, HARRIS & SISK, P.A.<br>Post Office Box 2168<br>Albuquerque, NM 87103-2168<br>Tel: (505) 848-1800<br>spencer.edelman@modrall.com<br>Taryn.hanrahan@modrall.com<br>*Attorneys for Defendant Bar-S Foods Co.* |
| | David M. Houliston<br>LAW OFFICES OF DAVID M. HOULISTON<br>4801 Lang Avenue NE, Suite 205<br>Albuquerque, NM 87109<br>Tel: (505) 247-1223<br>david@houlistonlaw.com<br>*Attorney for Defendant Jorge Zuniga Isais d/b/a RVJ Transport* |

/s/ *Raúl P. Sedillo*
Raúl P. Sedillo

117201920.1