IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JUAN CARLOS LEON-HERRERA,

    Plaintiff,

v.                                                      Civ. No. 2:24-CV-00153-MIS-GJF

BAR-S-FOODS CO D/B/A SIGMA FOODS,
and JORGE ZUNIGA ISAIS D/B/A RVJ TRANSPORT,

    Defendants.

## **UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT**

    Law Offices of David M. Houliston (David M. Houliston) moves the Court to allow it to withdraw as counsel for Defendant Jorge Zuniga Isais d/b/a RVJ Transport ("RVJ Transport"). As grounds for this Motion, RVJ Transport states the law firm of Jones, Skelton & Hochuli, P.L.C. (Raúl P. Sedillo and Sky Willard) has entered its appearance for and on behalf of RVJ Transport in the above captioned cause of action.

    WHEREFORE, Law Offices of David M. Houliston respectfully requests the Court give its consent for the firm to withdraw as counsel for RVJ Transport in this matter, relieving them of any and all obligations as counsel of record for Defendant.

    Counsel of record have been contacted and concurrence was obtained.

    WHEREFORE, for the foregoing reasons, Law Offices of David M. Houliston respectfully asks this Court to enter an Order relieving them of any and all obligations as counsel for Defendant RVJ Transport.

                                                                 Respectfully submitted:

                                                                  LAW OFFICES OF DAVID M. HOULISTON

          */s/ David M. Houliston*
          David M. Houliston
          4801 Lang Avenue NE, Suite 205
          Albuquerque, NM  87109
          Phone: (505) 247-1223
          Fax:     (505) 214-5204
          david@houlistonlaw.com

## **CERTIFICATE OF SERVICE**

       I HEREBY CERTIFY on July 12, 2024 I filed the foregoing pleadings electronically through the Odyssey File and Serve Electronic document filing system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Jorge L. Alvarez
Jason F. DeSouza
DESOUZA INJURY LAWYERS
4047 Naco Perrin Boulevard, Suite 100
San Antonio, TX 78230
Phone: (214) 714-4215
jorge@jfdlawfirm.com
jason@jfdlawfirm.com
*Attorneys for Plaintiff*

Spencer L. Edelman
Taryn F. Hanrahan
MODRALL, SPERLING, ROEHL, HARRIS & SISK, P.A.
Post Office Box 2168
500 Fourth Street NW, Suite 1000
Albuquerque, New Mexico 87103-2168
Phone: (505) 848-1800
sle@modrall.com
taryn.hanrahan@modrall.com
*Attorneys for Bar-S Foods, Co. d/b/a Sigma Foods*

Raúl P. Sedillo
Sky Willard
JONES, SKELTON & HOCHULI, P.L.C.
8220 San Pedro Dr. NE, Suite 420
Albuquerque, New Mexico 87113
Phone: (505) 339-3500
Fax:     (505) 339-3200

rsedillo@jshfirm.com
swillard@jshfirm.com
*Defendants Jorge Zuniga Isais d/b/a RVJ Transport*

*/s/ David M. Houliston*
David M. Houliston