UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

JUAN CARLOS LEON-HERRERA,

    Plaintiff,

v.                                          Civ. No. 2:24-CV-00153-MIS-GJF

BAR-S-FOODS CO D/B/A SIGMA FOODS,
and JORGE ZUNIGA ISAIS D/B/A RVJ TRANSPORT,

    Defendants.

## ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT JORGE ZUNIGA *dba* RVJ TRANSPORT

The Court, having before it the Unopposed Motion to Withdraw of Law Offices of David M. Houliston (David M. Houliston) [ECF 22], noting Raúl P. Sedillo and Schuyler Willard have entered their appearance as counsel for Defendant Jorge Zuniga Isais d/b/a RVJ Transport ("RVJ Transport"), finds the motion is well-taken and should be **GRANTED**.

IT IS THEREFORE ORDERED that David M. Houliston is withdrawn as counsel for Defendant RVJ Transport, relieving him of any and all obligations as counsel of record for Defendant.

IT IS THEREFORE ORDERED that Raúl P. Sedillo and Schuyler Willard and the law firm of Jones, Skelton & Hochuli, P.L.C. will continue to represent RVJ Transport in this matter.

THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE