IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| JUAN CARLOS LEON-HERRERA,<br><br>　　Plaintiff,<br><br>v.<br><br>BAR-S FOODS CO. D/B/A SIGMA FOODS AND JORGE ZUNIGA ISAIS D/B/A RVJ TRANSPORT,<br><br>　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§      Case No. 2:24-cv-00153-MIS-GJF |

**STIPULATED NOTICE OF DISMISSAL WITHOUT PREJUDICE**
**(Defendant Bar-S Foods Co. Only)**

Plaintiff Juan Carlos Leon-Herrera and Defendant Bar-S Foods Co. ("Bar-S") by and through their undersigned, respective counsel of record and pursuant to Fed. R. Civ. P. 1-041(A)(1)(a)(ii) stipulate to the dismissal without prejudice of Defendant Bar-S. This Stipulation is also approved by counsel for Defendant Jorge Zuniga Isais d/b/a RVJ Transport.

This Stipulation does not affect Plaintiff's claims against any other defendants, which remain pending.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　MODRALL, SPERLING, ROEHL, HARRIS
　　　　　　　　　　　　　　　　　& SISK, P.A.

　　　　　　　　　　　　　　　　By: */s/ Spencer L. Edelman*
　　　　　　　　　　　　　　　　　　Spencer L. Edelman
　　　　　　　　　　　　　　　　　　Taryn F. Hanrahan
　　　　　　　　　　　　　　　　　　Post Office Box 2168
　　　　　　　　　　　　　　　　　　Albuquerque, New Mexico 87103-2168
　　　　　　　　　　　　　　　　　　Telephone: 505.848.1800
　　　　　　　　　　　　　　　　　　spencer.edelman@modrall.com
　　　　　　　　　　　　　　　　　　taryn.hanrahan@modrall.com
　　　　　　　　　　　　　　　　　　*Attorneys for Bar-S Foods Co.*

By: *Approved via email 8/5/24*
   Jorge L Alvarez
   DeSouza Injury Law
   4047 Naco Perrin Blvd
   Suite 100
   San Antonio, TX 78217
   jorge@jfdlawfirm.com
   *Attorney for Plaintiff*


By: *Approved via email 8/2/24*
   Raul P Sedillo
   Schuyler Willard
   Jones, Skelton & Hochuli, P.L.C.
   8220 San Pedro Dr NE
   Suite 420
   Albuquerque, NM 87113
   rsedillo@jshfirm.com
   swillard@jshfirm.com
   *Attorneys for RVJ Transport*


WE HEREBY CERTIFY that on this 5th day of August, 2024, we filed the foregoing electronically through the CM/ECF system, which caused all parties or counsel to be served by electronic means, as more fully reflected in the Notice of Electronic Filing.

MODRALL, SPERLING, ROEHL, HARRIS
   & SISK, P.A.

By: */s/ Spencer L. Edelman*
   Spencer L. Edelman