# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW MEXICO

| | |
|---|---|
| JUAN CARLOS LEON-HERRERA, | NO. 2:24-CV-00153-MIS-GJF |
| Plaintiff, | |
| vs. | |
| BAR-S FOODS CO. D/B/A SIGMA-FOODS AND JORGE ZUNIGA ISAIS D/B/A RVJ TRANSPORT, | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that Defendant Jorge Zuniga d/b/a RJV Transport *Initial Disclosures*, along with a copy of this **Certificate of Service**, were served via email on Plaintiff, c/o Jason F DeSouza, jason@jfdlawfirm.com and Jorge L. Alvarez, jorge@jfdlawfirm.com, DeSouza Injury Lawyers, and a courtesy copy emailed to all counsel of record, on this 12th day of August, 2024.

Respectfully submitted,

/s/ *Raúl P. Sedillo*

Raúl P. Sedillo
Sky Willard
Jones, Skelton & Hochuli, P.L.C.
8220 San Pedro Dr NE, Suite 420
Albuquerque, New Mexico 87113
Telephone: (505) 339-3500
Facsimile:   (505) 339-3200
E-mail:      rsedillo@jshfirm.com
                swillard@jshfirm.com

*Attorneys for Defendant Jorge Zuniga Isais d/b/a RVJ Transport*

117388186.1

I further certify that on the 12th day of August, 2024, I filed the foregoing electronically through the CM/ECF system, which caused the parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

<table>
<tr><td>

Jason F. DeSouza<br>
Jorge L. Alvarez<br>
DESOUZA INJURY LAWYERS<br>
4047 Naco Perrin Blvd. Suite 100<br>
San Antonio, Texas 78230<br>
Tel: (210) 714-4215<br>
Fax: (210) 496-0060<br>
jason@jfdlawfirm.com<br>
jorge@jfdlawfirm.com<br>
*Attorneys for Plaintiff*

</td><td>

Spencer L. Edelman<br>
Taryn F. Hanrahan<br>
MODRALL, SPERLING, ROEHL, HARRIS & SISK, P.A.<br>
Post Office Box 2168<br>
Albuquerque, NM 87103-2168<br>
Tel: (505) 848-1800<br>
spencer.edelman@modrall.com<br>
Taryn.hanrahan@modrall.com<br>
*Attorneys for Defendant Bar-S Foods Co.*

</td></tr>
</table>

/s/ *Raúl P. Sedillo*
Raúl P. Sedillo

117388186.1