UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

JUAN CARLOS LEON-HERRERA,

    Plaintiff,

vs.

BAR-S FOODS CO. D/B/A SIGMA-FOODS AND JORGE ZUNIGA ISAIS D/B/A RVJ TRANSPORT,

    Defendants.

NO. 2:24-CV-00153-MIS-GJF

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that Defendant Jorge Zuniga Isais d/b/a RVJ Transport's Answers and Responses to Plaintiff Leon-Herrera's First Requests for Production, Interrogatories, and Requests for Admission, along with this Certificate of Service were served via email to Plaintiff, c/o Jason F. DeSouza at jason@jfdlawfirm.com and Jorge L. Alvarez at jorge@jfdlawfirm.com both at Desouza Injury Lawyers, on the 13th day of September, 2024.

Respectfully submitted,

/s/ *Raúl P. Sedillo*
Raúl P. Sedillo
Sky Willard
Jones, Skelton & Hochuli, P.L.C.
8220 San Pedro Dr NE, Suite 420
Albuquerque, New Mexico 87113
Telephone: (505) 339-3500
Facsimile:  (505) 339-3200
E-mail:     rsedillo@jshfirm.com
            swillard@jshfirm.com

*Attorneys for Defendant Jorge Zuniga Isais d/b/a RVJ Transport*

## CERTIFICATE OF SERVICE

      I hereby certify that on the 13th day of September, 2024, I filed the foregoing electronically through the CM/ECF system, which caused the parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

  Jason F. DeSouza
  Jorge L. Alvarez
  DESOUZA INJURY LAWYERS
  4047 Naco Perrin Blvd. Suite 100
  San Antonio, Texas 78230
  Tel: (210) 714-4215
  Fax: (210) 496-0060
  jason@jfdlawfirm.com
  jorge@jfdlawfirm.com
  *Attorneys for Plaintiff*

/s/ *Raúl P. Sedillo*
Raúl P. Sedillo