# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

| | |
|---|---|
| JUAN CARLOS LEON-HERRERA,<br><br>  Plaintiff,<br><br>vs.<br><br>BAR-S FOODS CO. D/B/A SIGMA-FOODS AND JORGE ZUNIGA ISAIS D/B/A RVJ TRANSPORT,<br><br>  Defendants. | NO. 2:24-CV-00153-MIS-GJF |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that Defendant Jorge Zuniga Isais d/b/a RVJ Transport's First Set of Interrogatories, Requests for Production, and Requests for Admission to Plaintiff Leon-Herrera, along with this Certificate of Service were served via email to Plaintiff, c/o Jason F. DeSouza at jason@jfdlawfirm.com and Jorge L. Alvarez at jorge@jfdlawfirm.com both at Desouza Injury Lawyers, on the 20th day of September, 2024.

117544737.1

Respectfully submitted,

/s/ *Raúl P. Sedillo*
Raúl P. Sedillo
Sky Willard
Jones, Skelton & Hochuli, P.L.C.
8220 San Pedro Dr NE, Suite 420
Albuquerque, New Mexico 87113
Telephone: (505) 339-3500
Facsimile:  (505) 339-3200
E-mail:     rsedillo@jshfirm.com
            swillard@jshfirm.com

*Attorneys for Defendant Jorge Zuniga Isais d/b/a RVJ Transport*

## CERTIFICATE OF SERVICE

  I hereby certify that on the 20th day of September, 2024, I filed the foregoing electronically through the CM/ECF system, which caused the parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

 Jason F. DeSouza
 Jorge L. Alvarez
 DESOUZA INJURY LAWYERS
 4047 Naco Perrin Blvd. Suite 100
 San Antonio, Texas 78230
 Tel: (210) 714-4215
 Fax: (210) 496-0060
 jason@jfdlawfirm.com
 jorge@jfdlawfirm.com
 *Attorneys for Plaintiff*


/s/ *Raúl P. Sedillo*
Raúl P. Sedillo