# UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW MEXICO

| | |
|---|---|
| **JUAN CARLOS LEON-HERRERA** <br><br> *Plaintiff* <br><br> v. <br><br> **CAL FRESCO, LLC, SYGMA NETWORK, INC., CUSTOM PRO LOGISTICS, LLC, JORGE ZUNIGA ISAIS D/B/A RVJ TRANSPORT** <br><br> *Defendant* | Civil Action No. 2:24-CV-00153 |

## AFFIDAVIT OF SERVICE

I, Juana Orozco, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Cal Fresco, LLC in Orange County, CA on September 10, 2024 at 2:10 pm at 1765 West Penhall Way, Anaheim, CA 92801 by leaving the following documents with Carlos who as Front Desk is authorized by appointment or by law to receive service of process for Cal Fresco, LLC.

Summons
Complaint

White Male, est. age 25-34, glasses: N, Brown hair, 160 lbs to 180 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=33.8355718535,-117.9449291399
Photograph: See Exhibit 1

Total Cost: $85.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

__Orange County_____ ,

__CA____ on __9/11/2024_____ .

/s/ *Juana Orozco*
_____
Signature
Juana Orozco
+1 (714) 319-8296



Exhibit 1a)