## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
District of New Mexico

Case Number: 2:24-CV-00153-MIS/GJF

Plaintiff:
**Juan Carlos Leon-Herrera**

vs.

Defendant:
**Bar-S Foods Co /b/a Sigma Foods and Jorge Zuniga Isais d/b/a RVJ Transport**

For:
DeSouza Injury Lawyers
4047 Naco Perrin
San Antonio, TX 78217

Received by Markus Fagerberg on the 10th day of September, 2024 at 1:35 pm to be served on **The Sygma Network, Inc. by serving its Registered Agent, Corporation Service Company d/b/a CSC-Lawyers, Inc., 211 East 7th St, Ste 620, Austin, Travis County, TX 78701**.

I, Markus Fagerberg, being duly sworn, depose and say that on the **10th day of September, 2024 at 3:05 pm, I:**

delivered to a **BUSINESS ENTITY, BY AND THROUGH ITS REGISTERED AGENT**, by delivering a true copy of the **Summons in a Civil Action on Amended Complaint and Plaintiff's First Amended Complaint** with the date of service endorsed thereon by me, to: **Neisha Gross, Corporation Service Company d/b/a CSC-Lawyers, Inc.** as **Authorized Agent** at the address of: **211 East 7th St, Ste 620, Austin, Travis County, TX 78701** on behalf of **The Sygma Network, Inc.**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, I am not a party to the suit, and I am a disinterested person with no interest in the outcome of the suit. I delivered the listed documents with the date of service endorsed thereon by me and informed the recipient of the contents therein, in compliance with state statutes.

My name is Markus Fagerberg. My date of birth is 7/19/2000. My work address is 1100 Nueces, Austin, TX 78701. I declare under penalty of perjury that the foregoing is true and correct. Executed in Travis County on September 10, 2024 by Markus Fagerberg, declarant.

Subscribed and Sworn to before me on the 10th
day of September, 2024 by the affiant who is
personally known to me.

_____
NOTARY PUBLIC

**Markus Fagerberg**
PSC- 23308; Exp. 09/30/2025

**Southwest Litigation Service**
**826 Heights Blvd.**
**Houston, TX 77007**
**(713) 650-1800**

Our Job Serial Number: MST-2024008084
Ref: Leon-Herrera v. Bar-S Foods et al.

TERESA GONZALEZ
Notary Public, State of Texas
Comm. Expires 06-20-2027
Notary ID 134415710