# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | |
|---|---|
| **JUAN CARLOS LEON-HERRERA** | ) |
| *Plaintiff* | ) ) ) |
| v. | ) ) Civil Action No. 2:24-cv-00153 MIS/GJF ) |
| **Bar-S Foods Co D/B/A Sigma Foods and Jorge Zuniga Isais D/B/A RVJ Transport** | ) ) ) |
| *Defendant* | |

## AFFIDAVIT OF SERVICE

I, Sandra Sloan, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Custom Pro Logistics, LLC in Hamilton County, OH on September 20, 2024 at 8:35 am at 1707 Race St, Cincinnati, OH 45202 by leaving the following documents with Carla Heath who as Office Manager is authorized by appointment or by law to receive service of process for Custom Pro Logistics, LLC.

Summons
Complaint

Black or African American Female, est. age 25-34, glasses: N, Black hair, 140 lbs to 160 lbs, 5' to 5' 3". Geolocation of Serve: https://google.com/maps?q=39.1145161202,-84.5180303967

Total Cost: $240.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

| | |
|---|---|
| Executed in <u>Hamilton County</u>, <u>OH</u> on <u>9/20/2024</u>. | /s/ *Sandra Sloan* <br> Signature <br> Sandra Sloan <br> +1 (937) 203-6397 |