

**Sky Willard**

| | |
|---|---|
| **From:** | Jessica Price <jprice@jfdlawfirm.com> |
| **Sent:** | Tuesday, October 22, 2024 2:10 PM |
| **To:** | RAÚL SEDILLO; Sky Willard; Marina Pavlakos; Chandice Saavedra |
| **Cc:** | Jorge Alvarez; Jeffery Pratt; Brianna Somohano; Vanessa Tagre; Marianne Seanez; Rosy Anderson |
| **Subject:** | Civil Action No. 2:24-cv-00153; Juan Carlos Leon-Herrera v. Bar-S Foods CO d/b/a Sigma Foods, et. al. |
| **Attachments:** | LEON-HERRERA, Juan - P's Responses to RFA (JLA-JEP).pdf |

**[External Sender]** This email originated from outside of Jones, Skelton & Hochuli. Do not reply, click any links or open attachments unless you recognize the sender, and know the content is safe.

Good afternoon Counsel,

Please find attached Plaintiff's Responses to Defendant Jorge Zuniga Isais d/b/a RVJ Transport's Request for Admissions.

*Jessica Price*
Discovery Paralegal



4047 Naco-Perrin Boulevard
San Antonio, TX 78217
(210)714-4215 | Office
(210)496-0060 | Fax
(210)854-6286 | Direct
jprice@jfdlawfirm.com
www.jfdlawfirm.com
***Please Note: Our office will never request funds be wired to our account.
We request paper checks only to our physical address in San Antonio, Texas***