IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO
LAS CRUCES DIVISION

| | | |
|---|---|---|
| JUAN CARLOS LEON-HERRERA<br>*Plaintiff*<br><br>v.<br><br>BAR-S FOODS CO D/B/A SIGMA FOODS<br>AND JORGE ZUNIGA ISAIS D/B/A RVJ<br>TRANSPORT<br>*Defendants* | § § § § § § § § § § | CIVIL ACTION NO. 2:24-CV-00153 |

## UNSWORN DECLARATION OF BRIANNA SOMOHANO

1) My name is Brianna Somohano and my date of birth is April 18, 1995. My address is 6925 Willow Oak, San Antonio, Texas 78249.

2) I am employed as a paralegal for attorneys Jason DeSouza and Jorge L. Alvarez, counsel for Juan Carlos Leon-Herrera in the above-referenced lawsuit.

3) On the 20th of September, 2024 our law firm received the documents identified below via email from counsel for defendant, Jorge Zuniga Isais d/b/a RVJ Transport.

   - *Defendant Jorge Zuniga Isais d/b/a RVJ Transport's First Interrogatories to Plaintiff Juan Carlos Leon-Herrera*
   - *Defendant Jorge Zuniga Isais d/b/a RVJ Transport's First Requests for Production of Documents to Plaintiff Juan Carlos Leon-Herrera*
   - *Defendant Jorge Zuniga Isais d/b/a RVJ Transport's First Requests for Admission to Plaintiff Juan Carlos Leon-Herrera*
   - *Certificate of Service*

4) The above referenced documents received on September 20th were served upon attorney Jason DeSouza, attorney Jorge Alvarez, discovery paralegal Jessica Price and myself.

5) I forwarded the documents to paralegal Alina Guzman on September 30, 2024, for calendaring on our firm calendaring software.

6) On the 22nd of October 2024, counsel for Plaintiff served Plaintiff's

**EXHIBIT 1**

Responses and/or Objections to Defendant's Request for Admissions.

7) On the 24th of October 2024, counsel for plaintiff served the documents identified below via email.

- *Plaintiff's Answers and/or Objections to Defendant's First Set of Interrogatories*
- *Plaintiff's Responses and/or Objections to Defendant's Request for Production*

8) I declare under penalty of perjury that the foregoing information in this document is true and correct.

EXECUTED on  10/24/24  in San Antonio, Bexar County, Texas.

BY: _____
BRIANNA SOMOHANO