IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO
LAS CRUCES DIVISION

| | | |
|---|---|---|
| JUAN CARLOS LEON-HERRERA<br>*Plaintiff*<br><br>v.<br><br>BAR-S FOODS CO D/B/A SIGMA FOODS<br>AND JORGE ZUNIGA ISAIS D/B/A RVJ<br>TRANSPORT<br>*Defendants* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 2:24-CV-00153 |

## UNSWORN DECLARATION OF ALINA GUZMAN

1) My name is Alina Pamela Guzman Huertas and my date of birth is October 15, 1997. My address is Residencial Alta Vista, House #27, Mataplatano, San Jose, Costa Rica.

2) I am employed as a paralegal for attorneys Jason DeSouza and Jorge L. Alvarez, counsel for Juan Carlos Leon-Herrera in the above-referenced lawsuit. One of my job duties at DeSouza Injury Lawyers is to input case related deadlines on the calendar for all attorneys at the law firm.

3) On the 20th of September, 2024 our law firm received the documents identified below via email from counsel for defendant, Jorge Zuniga Isais d/b/a RVJ Transport.

   - *Defendant Jorge Zuniga Isais d/b/a RVJ Transport's First Interrogatories to Plaintiff Juan Carlos Leon-Herrera*
   - *Defendant Jorge Zuniga Isais d/b/a RVJ Transport's First Requests for Production of Documents to Plaintiff Juan Carlos Leon-Herrera*
   - *Defendant Jorge Zuniga Isais d/b/a RVJ Transport's First Requests for Admission to Plaintiff Juan Carlos Leon-Herrera*
   - *Certificate of Service*

4) The above referenced documents received on September 20th were served upon attorney Jason DeSouza, attorney Jorge Alvarez, discovery paralegal Jessica Price and paralegal Brianna Somohano.

5) These documents were forwarded to me on September 30, 2024, for calendaring on our firm calendaring software.

EXHIBIT 2

6) I mistakenly based our deadline to respond to the discovery requests on the date I received the forwarded email instead of basing it off the service of the documents.

7) This was an inadvertent and unintentional oversight on my part.

8) I declare under penalty of perjury that the foregoing information in this document is true and correct.

EXECUTED on __10/24/2024__ in __San José, Costa Rica__.

By: _____
ALINA GUZMAN