U.S. Department of Transportation
**Federal Motor Carrier Safety Administration**
**Licensing and Insurance Public**

Menu: Choose Menu Option

## Details

| US DOT: | 2234232 | Docket Number: | MC00523337 |
|---|---|---|---|
| Legal Name: | CUSTOM PRO LOGISTICS LLC | | |
| Doing-Business-As Name: | | | |

| Business Address | Business Telephone and Fax | Mail Address | Mail Telephone and Fax | Undeliverable Mail |
|---|---|---|---|---|
| 1707 RACE STREET CINCINNATI OH 45202 | (800) 275-6574 Fax: (513) 718-2325 | P.O. BOX 141140 CINCINNATI OH 45250 | (800) 275-6574 Fax: (513) 718-2325 | NO |

| Authority Type | Authority Status | Application Pending |
|---|---|---|
| Common | NONE | NO |
| Contract | NONE | NO |
| Broker | ACTIVE | NO |

| Property | Passenger | Household Goods | Private | Enterprise |
|---|---|---|---|---|
| YES | NO | YES | NO | NO |

| Insurance Type | Insurance Required | Insurance on File |
|---|---|---|
| BIPD | $0 | $0 |
| Cargo | NO | NO |
| Bond | YES | YES |

**BOC-3:** YES

**Blanket Company:**   TRUCK PROCESS AGENTS OF AMERICA, INC

Web Site Content and BOC-3 Information Clarification

Active/Pending Insurance    Rejected Insurance    Insurance History    Authority History    Pending Application    Revocation

October 24, 2024

FMCSA Home | DOT Home | Feedback | Privacy Policy | USA.gov | Freedom of Information Act (FOIA) | Accessibility | OIG Hotline | Web Policies and Important Links | Plug-ins | Related Sites | Help

Federal Motor Carrier Safety Administration
1200 New Jersey Avenue SE, Washington, DC 20590 - 1-800-832-5660 - TTY: 1-800-877-8339 - Field Office Contacts



EXHIBIT A