IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JUAN CARLOS LEON-HERRERA,

    Plaintiff,

v.    Case No. 2:24-cv-00153-MIS-GJF

BAR-S FOODS CO d/b/a SIGMA FOODS
and JORGE ZUNIGA ISAIS d/b/a RVJ
TRANSPORT,

    Defendants.

## ENTRY OF APPEARANCE

Brian J. Fisher and J. Ashley Cummings of Mayer LLP hereby enter their appearance as counsel on behalf of Defendant, Custom Pro Logistics, LLC. Copies of all documents pertaining to litigation in this matter should be sent to the undersigned attorneys.

Respectfully submitted,

**MAYER LLP**

By:   */s/ Brian J. Fisher*
      Brian J. Fisher
      J. Ashley Cummings

4101 Indian School Rd NE, Suite 301N
Albuquerque, New Mexico 87110
Telephone:  505.483.1840
Facsimile:  505.483.1841
Email:  BFisher@mayerllp.com
       ACummings@mayerllp.com

*Attorneys for Defendant, Custom Pro Logistics, LLC*

## **CERTIFICATE OF SERVICE**

       This is to certify that on October 25, 2024, a true and correct copy of the foregoing was forwarded to the following counsel of record via CM/ECF and electronic mail pursuant to Federal Rule of Civil Procedure 5:

| | |
|---|---|
| Jorge L. Alvarez<br>Frank J. Pehlke<br>DESOUZA INJURY LAWYERS<br>4047 Naco Perrin<br>San Antonio, Texas 78217 | jorge@jfdlawfirm.com<br>frank@jfdlawfirm.com |
| Raúl P. Sedillo<br>Sky Willard<br>JONES, SKELTON & HOCHULI P.L.C.<br>8220 San Pedro Drive NE, Suite 420<br>Albuquerque, New Mexico 87113 | rsedillo@jshfirm.com<br>swillard@jshfirm.com |
| Judd C. West<br>Julia Broggi<br>HOLLAND & HART LLP<br>110 N. Guadalupe, Suite 1<br>Santa Fe, New Mexico 87501 | jcwest@hollandhart.com<br>jbroggi@hollandhart.com |

                           By:   */s/ Brian J. Fisher*
                                   Brian J. Fisher