IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO
LAS CRUCES DIVISION

| | | |
|---|---|---|
| **JUAN CARLOS LEON-HERRERA,** | § § § | |
| **Plaintiff,** | § § | |
| v. | § § | Civil Action No. 2:24-CV-00153 |
| **BAR-S-FOODS CO D/B/A SIGMA FOODS AND JORGE ZUNIGA ISAIS D/B/A RVJ TRANSPORT** | § § § § § | |
| **Defendants.** | § | |

### ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO EXTEND TIME TO FILE RESPONSE TO DEFENDANT'S MOTION TO DISMISS

On this day came to be considered in the above styled and numbered cause Plaintiff, JUAN CARLOS LEON-HERRERA'S Unopposed Motion to Extend Time to File Response to Defendant Custom Pro Logistics' Motion to Dismiss. After hearing the arguments of counsel, the Court is of the opinion that this Motion is well taken and should be, in all things, **GRANTED**.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED THAT:

(a) The deadline for the Plaintiff to file his response to Defendant's Motion to Dismiss is extended to December 3, 2024.

DATED: _____

_____
UNITED STATES MAGISTRATE JUDGE