UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

JUAN CARLOS LEON-HERRERA,

    Plaintiff,

vs.

BAR-S FOODS CO. D/B/A SIGMA-FOODS AND JORGE ZUNIGA ISAIS D/B/A RVJ TRANSPORT,

    Defendants.

NO. 2:24-CV-00153-MIS-GJF

**DEFENDANT JORGE ZUNIGA ISAIS D/B/A RVJ TRANSPORT'S REPLY IN SUPPORT OF DEFENDANT'S MOTION TO DEEM REQUESTS FOR ADMISSION ADMITTED**

COMES NOW Defendant Jorge Zuniga Isais d/b/a RVJ Transport (hereinafter "RVJ" or "Defendant"), by and through his attorneys, Jones, Skelton & Hochuli, P.L.C. (Raúl P. Sedillo and Sky Willard), and submits his Reply in Support of his Motion to Deem Requests for Admission Admitted.

Defendant filed his Motion to Deem Requests for Admission Admitted ("Motion") on October 23, 2024. [Doc. 39] Plaintiff's Response was due November 6, 2024. *See* D.N.M.LR-Civ 7.4(a) ("A response must be served and filed within fourteen (14) calendar days after service of the motion."). Although Plaintiff stated he was opposed to Defendant's Motion [Doc. 39, footnote 1], Plaintiff did not file a Response nor request an extension of time to file a Response. Plaintiff has therefore consented to granting Defendant's Motion. *See* D.N.M.LR-Civ 7.1(b) ("The failure to file and serve a response in opposition to a motion within the time prescribed for doing so constitutes consent to grant the motion."). Defendant respectfully requests this Court enter an

Order striking Plaintiff's objections to Defendant's Requests for Admission and deeming all of Defendant's Requests for Admission as admitted.

Respectfully submitted,

/s/ *Sky Willard*
Raúl P. Sedillo
Sky Willard
Jones, Skelton & Hochuli, P.L.C.
8220 San Pedro Dr NE, Suite 420
Albuquerque, New Mexico 87113
Telephone: (505) 339-3500
Facsimile:  (505) 339-3200
E-mail:     rsedillo@jshfirm.com
            swillard@jshfirm.com

*Attorneys for Defendant Jorge Zuniga Isais d/b/a RVJ Transport*

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of November, 2024, I filed the foregoing electronically through the CM/ECF system, which caused the parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

| | |
|---|---|
| Jason F. DeSouza<br>Jorge L. Alvarez<br>DESOUZA INJURY LAWYERS<br>4047 Naco Perrin Blvd. Suite 100<br>San Antonio, Texas 78230<br>Tel: (210) 714-4215<br>Fax: (210) 496-0060<br>jason@jfdlawfirm.com<br>jorge@jfdlawfirm.com<br>*Attorneys for Plaintiff* | Judd C. West<br>Julia Broggi<br>HOLLAND & HART LLP<br>110 North Guadalupe, Suite 1<br>Santa Fe, New Mexico 87501<br>Tel: (505) 988-4421<br>jcwest@hollandhart.com<br>jbroggi@hollandhart.com<br>*Attorneys for Defendant Sygma Network, Inc.*<br><br>Brian J. Fisher<br>J. Ashley Cummings<br>MAYER LLP<br>4101 Indian School Rd NE, Suite 301N<br>Albuquerque, NM 87110<br>Tel: (505) 483-1840<br>BFisher@mayerllp.com<br>ACummings@mayerllp.com<br>*Attorneys for Defendant Custom Pro Logistics, LLC* |

/s/ *Sky Willard*
Sky Willard

3