UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

JUAN CARLOS LEON-HERRERA,

    Plaintiff,

vs.

BAR-S FOODS CO. D/B/A SIGMA-FOODS
AND JORGE ZUNIGA ISAIS D/B/A
RVJ TRANSPORT,

    Defendants.

NO. 2:24-CV-00153-MIS-GJF

## NOTICE OF COMPLETION OF BRIEFING

COMES NOW Defendant Jorge Zuniga Isais d/b/a RVJ Transport, by and through his attorneys of record, Jones, Skelton & Hochuli, P.L.C. (Raúl P. Sedillo and Sky Willard), and hereby submits this Notice of Completion of Briefing:

1. Defendant Jorge Zuniga Isais d/b/a RVJ Transport's Motion to Deem Requests for Admission Admitted [Doc. 39] was electronically filed and served on October 23, 2024.

2. No Response was filed by Plaintiff.

3. Defendant Jorge Zuniga Isais d/b/a RVJ Transport's Reply in Support of Defendant's Motion to Deem Requests for Admission Admitted [Doc. 46] was electronically filed and served on November 12, 2024.

Defendant Jorge Zuniga Isais d/b/a RVJ Transport hereby submits this Notice of Completion of Briefing and advises the Court that the above-referenced Motion is ready for decision.

117747263.1

                Respectfully submitted,

                /s/ *Sky Willard*
                Raúl P. Sedillo
                Sky Willard
                Jones, Skelton & Hochuli, P.L.C.
                8220 San Pedro Dr NE, Suite 420
                Albuquerque, New Mexico 87113
                Telephone: (505) 339-3500
                Facsimile:   (505) 339-3200
                E-mail:     rsedillo@jshfirm.com
                            swillard@jshfirm.com

                *Attorneys for Defendant Jorge Zuniga Isais d/b/a RVJ Transport*

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of November, 2024, I filed the foregoing electronically through the CM/ECF system, which caused the parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

| | |
|---|---|
| Jason F. DeSouza<br>Jorge L. Alvarez<br>DESOUZA INJURY LAWYERS<br>4047 Naco Perrin Blvd. Suite 100<br>San Antonio, Texas 78230<br>Tel: (210) 714-4215<br>Fax: (210) 496-0060<br>jason@jfdlawfirm.com<br>jorge@jfdlawfirm.com<br>*Attorneys for Plaintiff* | Judd C. West<br>Julia Broggi<br>HOLLAND & HART LLP<br>110 North Guadalupe, Suite 1<br>Santa Fe, New Mexico 87501<br>Tel: (505) 988-4421<br>jcwest@hollandhart.com<br>jbroggi@hollandhart.com<br>*Attorneys for Defendant Sygma Network, Inc.*<br><br>Brian J. Fisher<br>J. Ashley Cummings<br>MAYER LLP<br>4101 Indian School Rd NE, Suite 301N<br>Albuquerque, NM 87110<br>Tel: (505) 483-1840<br>BFisher@mayerllp.com<br>ACummings@mayerllp.com<br>*Attorneys for Defendant Custom Pro Logistics, LLC* |

/s/ *Sky Willard*
Sky Willard

117747263.1