# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW MEXICO

JUAN CARLOS LEON-HERRERA,

      Plaintiff,

vs.

BAR-S FOODS CO. D/B/A SIGMA-FOODS
AND JORGE ZUNIGA ISAIS D/B/A
RVJ TRANSPORT,

      Defendants.

NO. 2:24-CV-00153-MIS-GJF

## DEFENDANT JORGE ZUNIGA ISAIS D/B/A RVJ TRANSPORT'S UNOPPOSED MOTION TO EXTEND THE DEADLINE TO FILE A MOTION TO COMPEL

COMES NOW Defendant, Jorge Zuniga Isais d/b/a RVJ Transport (hereinafter "RVJ" or "Defendant"), by and through his attorneys, Jones, Skelton & Hochuli, P.L.C. (Raúl P. Sedillo and Sky Willard), and hereby move this Court for an order extending the deadline for filing Defendant's Motion to Compel Plaintiff's Discovery Responses and Answers. As grounds therefore, Defendants state as follows:[1]

1.      Pursuant to D.N.M.LR-Civ. 26.6, Defendant's deadline to file a Motion to Compel addressing Plaintiff's objections, answers, and responses to Defendant's First Set of Interrogatories and Requests for Production terminates on November 14, 2024.

2.      D.N.M. LR-Civ. 26.6 provides that "[f]or good cause, the Court may, *sua sponte* or on motion by a party, change the twenty-one (21) day period" for a party to proceed under D.N.M.LR-Civ 37.1.

---

[1] Pursuant to D.N.M.L.LR-Civ. 7.1(a) counsel for Plaintiff was contacted on November 13, 2024, and Plaintiff does not oppose the relief requested in this Motion.

3.      Counsel conferred in good faith on November 12, 2024, regarding extending the Defendant's deadline for filing a Motion to Compel in an effort to resolve the discovery dispute absent Court intervention. Plaintiff stipulated to serving amended discovery responses and potentially removing Plaintiff's objections by December 5, 2024. Plaintiff agreed to extend Defendant's deadline to file a Motion to Compel, if still needed, to December 9, 2024.

4.      This extension will not impact other deadlines or prejudice Plaintiff.

WHEREFORE, Defendant respectfully requests that the Court enter an Order extending Defendant's deadline to file a Motion to Compel to December 9, 2024, and for such other and further relief as the Court deems just and proper.

Respectfully submitted,


By:    */s/ Sky Willard*
       Sky Willard
       Raúl P. Sedillo
       Jones, Skelton & Hochuli P.L.C.
       8220 San Pedro Dr NE, Suite 420
       Albuquerque, New Mexico 87113
       Telephone:    (505) 339-3500
       Facsimile:    (505) 339-3200
       E-mail:    swillard@jshfirm.com
                  rsedillo@jshfirm.com

       *Attorneys for Defendants*

117748440.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of November, 2024, I filed the foregoing electronically through the CM/ECF system, which caused the parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

Jason F. DeSouza
Jorge L. Alvarez
DESOUZA INJURY LAWYERS
4047 Naco Perrin Blvd. Suite 100
San Antonio, Texas 78230
Tel: (210) 714-4215
Fax: (210) 496-0060
jason@jfdlawfirm.com
jorge@jfdlawfirm.com
*Attorneys for Plaintiff*

Judd C. West
Julia Broggi
HOLLAND & HART LLP
110 North Guadalupe, Suite 1
Santa Fe, New Mexico 87501
Tel: (505) 988-4421
jcwest@hollandhart.com
jbroggi@hollandhart.com
*Attorneys for Defendant Sygma Network, Inc.*

Brian J. Fisher
J. Ashley Cummings
MAYER LLP
4101 Indian School Rd NE, Suite 301N
Albuquerque, NM 87110
Tel: (505) 483-1840
BFisher@mayerllp.com
ACummings@mayerllp.com
*Attorneys for Defendant Custom Pro Logistics, LLC*

/s/ *Sky Willard*
Sky Willard

117748440.1