UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

JUAN CARLOS LEON-HERRERA,

    Plaintiff,

vs.

BAR-S FOODS CO. D/B/A SIGMA-FOODS
AND JORGE ZUNIGA ISAIS D/B/A
RVJ TRANSPORT,

    Defendants.

NO. 2:24-CV-00153-MIS-GJF

## NOTICE OF COMPLETION OF BRIEFING

COMES NOW Defendant Jorge Zuniga Isais d/b/a RVJ Transport, by and through his attorneys of record, Jones, Skelton & Hochuli, P.L.C. (Raúl P. Sedillo and Sky Willard), and hereby submits this Notice of Completion of Briefing:

1. Plaintiff filed his Motion to Withdraw Facts Deemed Admitted and to File Late Discovery Objections Based on Excusable Neglect and for Good Cause Shown on October 24, 2024. [Doc. 40]

2. Defendant filed his Response on November 7, 2024. [Doc. 44]

3. Pursuant to D.N.M.LR-Civ. 7.4(a), Plaintiff had fourteen (14) days from November 7, 2024 to file a Reply. Plaintiff's deadline to file a Reply, therefore, was November 21, 2024.

4. Plaintiff failed to file a Reply and did not request an extension of time to file a Reply.

Defendant Jorge Zuniga Isais d/b/a RVJ Transport hereby submits this Notice of Completion of Briefing and advises the Court that the above-referenced Motion is ready for decision.

Respectfully submitted,

/s/ *Sky Willard*
Raúl P. Sedillo
Sky Willard
Jones, Skelton & Hochuli, P.L.C.
8220 San Pedro Dr NE, Suite 420
Albuquerque, New Mexico 87113
Telephone: (505) 339-3500
Facsimile:   (505) 339-3200
E-mail:      rsedillo@jshfirm.com
             swillard@jshfirm.com

*Attorneys for Defendant Jorge Zuniga Isais d/b/a RVJ Transport*

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of November, 2024, I filed the foregoing electronically through the CM/ECF system, which caused the parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

| | |
|---|---|
| Jason F. DeSouza<br>Jorge L. Alvarez<br>DESOUZA INJURY LAWYERS<br>4047 Naco Perrin Blvd. Suite 100<br>San Antonio, Texas 78230<br>Tel: (210) 714-4215<br>Fax: (210) 496-0060<br>jason@jfdlawfirm.com<br>jorge@jfdlawfirm.com<br>*Attorneys for Plaintiff* | Judd C. West<br>Julia Broggi<br>HOLLAND & HART LLP<br>110 North Guadalupe, Suite 1<br>Santa Fe, New Mexico 87501<br>Tel: (505) 988-4421<br>jcwest@hollandhart.com<br>jbroggi@hollandhart.com<br>*Attorneys for Defendant Sygma Network, Inc.*<br><br>Brian J. Fisher<br>J. Ashley Cummings<br>MAYER LLP<br>4101 Indian School Rd NE, Suite 301N<br>Albuquerque, NM 87110<br>Tel: (505) 483-1840<br>BFisher@mayerllp.com<br>ACummings@mayerllp.com<br>*Attorneys for Defendant Custom Pro Logistics, LLC* |

/s/ *Sky Willard*
Sky Willard