IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JUAN CARLOS LEON-HERRERA,

    Plaintiff,

v.                                          Case No. 2:24-cv-00153-MIS/GJF

JORGE ZUNIGA ISAIS d/b/a RVJ
TRANSPORT; CUSTOM PRO
LOGISTICS, LLC; THEY SYGMA
NETWORK, INC.; AND CAL FRESCO,
LLC.

    Defendant.

## NOTICE OF COMPLETION OF BRIEFING

Defendant, Custom Pro Logistics, LLC ("Defendant") by and through its counsel of record, Mayer LLP (Brian J. Fisher and J. Ashley Cummings), hereby files this Notice of Completion of Briefing pursuant to D.N.M.LR-Civ. 7.4 and notifies the Court of the following:

    1.     *Defendant Custom Pro Logistics, LLC's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6)* [Doc. 41] was filed and served on October 25, 2024;

    2.     *Plaintiff's Response to Defendant Custom Pro Logistics, LLC's Motion to Dismiss* [Doc. 53] was filed and served on December 3, 2024. *See* Doc. 53.

    3.     *Defendant Custom Pro Logistics, LLC's Reply In Support Of Motion To Dismiss* [Doc. 64] was filed and served on December 31, 2024.

By submitting this Notice of Completion of Briefing, Defendant represents that *Defendant Custom Pro Logistics, LLC's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6)* [Doc. 41] is ready for decision.

        Respectfully submitted,

        **MAYER LLP**

        By:    /s/  Brian J. Fisher
                Brian J. Fisher
                J. Ashley Cummings

        4101 Indian School Road NE
        Suite 301N
        Albuquerque, New Mexico 87110
        Telephone:  505.483.1840
        Facsimile:  505.483.1841
        Email:  BFisher@mayerllp.com
                ACummings@mayerllp.com

        *Attorneys for Custom Pro Logistics, LLC*

## CERTIFICATE OF SERVICE

This is to certify that on December 31, 2024, a true and correct copy of the foregoing was forwarded to the following counsel of record via CM/ECF and electronic mail pursuant to Federal Rule of Civil Procedure 5:

| | |
|---|---|
| Jason F. DeSouza<br>Jorge L. Alvarez<br>DESOUZA INJURY LAWYERS<br>4047 Naco Perrin<br>San Antonio, Texas 78217<br>*Attorneys for Plaintiff* | jason@jfdlawfirm.com<br>jorge@jfdlawfirm.com |
| Raúl P. Sedillo<br>Sky Willard<br>JONES, SKELTON & HOCHULI P.L.C.<br>8220 San Pedro Drive NE, Suite 420<br>Albuquerque, New Mexico 87113<br>*Attorneys for Defendant, Jorge Zuniga Isais d/b/a RVJ Transport* | rsedillo@jshfirm.com<br>swillard@jshfirm.com |
| Judd C. West<br>Julia Broggi<br>HOLLAND & HART LLP<br>110 N. Guadalupe, Suite 1<br>Santa Fe, New Mexico 87501<br>*Attorneys for Defendant, The Sygma Network, Inc.* | jcwest@hollandhart.com<br>jbroggi@hollandhart.com |

By:   */s/ Brian J. Fisher*
         Brian J. Fisher