# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

JUAN CARLOS LEON-HERRERA,

    Plaintiff,

v.                                                                                            Civ. No. 24-153 MIS/GJF

BAR-S FOODS CO. d/b/a SIGMA-FOODS,
JORGE ZUNIGA ISAIS d/b/a
RVJ TRANSPORT, Custom Pro Logistics,
LLC, The Sygma Network, Inc.,
and Cal Fresco, LLC,

    Defendants.

## ORDER SETTING EXPEDITED BRIEFING SCHEDULE

Pursuant to Local Rule 7.4(c), the Court will expedite briefing on Defendant Custom Pro Logistics, LLC's Motion to Stay Discovery [ECF 62].  Accordingly, **IT IS ORDERED** that Plaintiff's response shall be filed no later than **January 10, 2025**, and any corresponding reply shall be filed no later than **January 17, 2025**.  As set forth in a separate order, the Court will hear argument on this motion at the omnibus hearing set for January 24, 2025.

    **SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE