UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

JUAN CARLOS LEON-HERRERA,

    Plaintiff,

v.                                                            Civ. No. 24-153 MIS/GJF

BAR-S FOODS CO. d/b/a SIGMA-FOODS,
JORGE ZUNIGA ISAIS d/b/a
RVJ TRANSPORT, CUSTOM PRO LOGISTICS,
LLC, THE SYGMA NETWORK, INC.,
and CAL FRESCO, LLC,

    Defendants.

## AMENDED ORDER SETTING HEARING VIA ZOOM

**Date and time:**    Friday, January 24, 2025, at 9:30 a.m. MST

**Matters to be heard:**    Defendant Jorge Zuniga Isais d/b/a RVJ Transport's Motion to Deem Requests for Admission Admitted [ECF 39];

Plaintiff's Motion to Withdraw Facts Deemed Admitted and to File Late Discovery Objections Based on Excusable Neglect and For Good Cause Shown [ECF 40];

Defendant Jorge Zuniga Isais d/b/a RVJ Transport's Motion to Strike Plaintiff's Objections and Compel Complete Discovery Answers and Responses [ECF 55];

Defendant Custom Pro Logistics, LLC's Motion to Stay Discovery [ECF 62].

**IT IS ORDERED** that counsel for the parties shall appear for a Zoom[1] hearing on the

---

[1] Join ZoomGov Meeting
https://nmd-uscourts.zoomgov.com/j/1606329157

Meeting ID: 160 632 9157
Passcode: 905311

above motions**.** Client attendance is not required.

**SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE