IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JUAN CARLOS LEON-HERRERA,

    *Plaintiff*,

v.                                                                                      Cause No. 2:24-cv-00153-MIS-GJF

BAR-S FOODS CO. d/b/a SIGMA FOODS;
JORGE ZUNIGA ISAIS d/b/a RVJ TRANSPORT;
CUSTOM PRO LOGISTICS, LLC; THE SYGMA
NETWORK, INC.; and CAL FRESCO, LLC,

    *Defendants*.

## ENTRY OF APPEARANCE ON BEHALF OF SPECIALLY-APPEARING[1] DEFENDANT CAL FRESCO, LLC

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A. (Seth L. Sparks and B. W. Stone) hereby enter an appearance on behalf of Defendant Cal Fresco, LLC ("Cal Fresco"), specially appearing herein, and request that all notices given or required to be served in this case, and notice of any actions take or motions file in this case, be served upon undersigned.

    Respectfully Submitted,

    RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

    By: /s/ B. W. Stone
    Seth L. Sparks
    B. W. Stone
    P.O. Box 1888
    Albuquerque, NM  87103
    Telephone: (505) 765-5900
    Facsimile: (505) 768-3895
    Email: ssparks@rodey.com; bstone@rodey.com
    *Attorneys for Defendant Cal Fresco, LLC*

---

[1] Cal Fresco LLC specially appears herein solely to contest the existence of personal jurisdiction, and does not by so appearing concede or waive any argument concerning the propriety of the exercise of such jurisdiction.

## CERTIFICATE OF SERVICE

      I hereby certify that on January 6, 2025, I filed the foregoing pleading electronically through the CM/ECF system, which caused all parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By     /s/ B. W. Stone
        B. W. Stone

4649174v1