UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

JUAN CARLOS LEON-HERRERA,

    Plaintiff,

vs.

BAR-S FOODS CO. D/B/A SIGMA-FOODS
AND JORGE ZUNIGA ISAIS D/B/A
RVJ TRANSPORT,

    Defendants.

NO. 2:24-CV-00153-MIS-GJF

**NOTICE OF COMPLETION OF BRIEFING**

    COMES NOW Defendant Jorge Zuniga Isais d/b/a RVJ Transport, by and through his attorneys of record, Jones, Skelton & Hochuli, P.L.C. (Raúl P. Sedillo and Sky Willard), and hereby submits this Notice of Completion of Briefing:

    1.    Defendant Jorge Zuniga Isais d/b/a RVJ Transport's Motion to Strike Plaintiff's Objections and Compel Complete Discovery Answers and Responses [Doc. 55] was filed and served on December 9, 2024.

    2.    Plaintiff did not file a Response nor request an extension of time to file a Response.

    3.    Defendant Jorge Zuniga Isais d/b/a RVJ Transport's Reply in Support of Motion to Strike Plaintiff's Objections and Compel Complete Discovery Answers and Responses [Doc. 63] was filed and served on December 30, 2024.

    Defendant Jorge Zuniga Isais d/b/a RVJ Transport hereby submits this Notice of Completion of Briefing and advises the Court that the above-referenced Motion is ready for decision.

117902060.1

Respectfully submitted,

/s/ *Raúl P. Sedillo*
Raúl P. Sedillo
Sky Willard
Jones, Skelton & Hochuli, P.L.C.
8220 San Pedro Dr NE, Suite 420
Albuquerque, New Mexico 87113
Telephone: (505) 339-3500
Facsimile:   (505) 339-3200
E-mail:      rsedillo@jshfirm.com
             swillard@jshfirm.com

*Attorneys for Defendant Jorge Zuniga Isais d/b/a RVJ Transport*

- 2 -

117902060.1

## CERTIFICATE OF SERVICE

      I hereby certify that on the 7th day of January, 2025, I filed the foregoing electronically through the CM/ECF system, which caused the parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

Jason F. DeSouza
Jorge L. Alvarez
DESOUZA INJURY LAWYERS
4047 Naco Perrin Blvd. Suite 100
San Antonio, Texas 78230
Tel: (210) 714-4215
Fax: (210) 496-0060
jason@jfdlawfirm.com
jorge@jfdlawfirm.com
*Attorneys for Plaintiff*

Judd C. West
Julia Broggi
HOLLAND & HART LLP
110 North Guadalupe, Suite 1
Santa Fe, New Mexico 87501
Tel: (505) 988-4421
jcwest@hollandhart.com
jbroggi@hollandhart.com
*Attorneys for Defendant Sygma Network, Inc.*

Brian J. Fisher
J. Ashley Cummings
MAYER LLP
4101 Indian School Rd NE, Suite 301N
Albuquerque, NM 87110
Tel: (505) 483-1840
BFisher@mayerllp.com
ACummings@mayerllp.com
*Attorneys for Defendant Custom Pro Logistics, LLC*

/s/ *Raúl P. Sedillo*
Raúl P. Sedillo

117902060.1