In the United State District Court
For The District Court of New Mexico
Las Cruces Division

| | |
|---|---|
| **Juan Carlos Leon-Herrera** § | |
| *Plaintiff* § | |
| § | |
| v. § | Civil Action No. 2:24-cv-00153 |
| § | |
| § | Jury Trial Requested |
| **Bar-S-Foods Co. D/B/A Sigma** § | |
| **Foods and Jorge Zuniga** § | |
| **Isais D/B/A RVJ Transport** § | |
| *Defendants* | |

**Plaintiff's Supplemental Response To Order To Show Cause**

**To The Honorable Judge Of Said Court:**

COMES NOW, Plaintiff, Juan Carlos Leon-Herrera, filing Plaintiff's Supplemental Response to Order to Show Cause, and informs the court of the following:

**BACKGROUND *AND* RESPONSE**

1. On 25 November 2024, the Court issued an Order to Show Cause (Doc. 50). In response to the Court's order, Plaintiff filed his response on 6 December 2024 (Doc 54). On 12 December 2024 the court via text entry only entered an "Order Quashing Order to Show Cause" (Doc. 56) and directing the undersigned counsel, Jeffery E. Pratt, by 10 January 2025, to obtain a response from Defendant Cal Fresco regarding their intention or not to file an Answer or other response to Plaintiff's First Amended Complaint.

2. Plaintiff hereby informs the Court that Cal Fresco appeared by counsel with Notice of Appearance filed by B. W. Stone on 6 January 2025 (Doc. 69) who filed a Motion to Dismiss on the same date (Doc.70).

          **RESPECTFULLY SUBMITTED,**

          **DESOUZA INJURY LAWYERS**
          4047 NACO PERRIN
          SAN ANTONIO, TEXAS 78217
          210/ 714-4215 – PHONE
          210/496-0060 – FACSIMILE

          **BY: /S/ *JORGE L. ALVAREZ***
          JORGE L. ALVAREZ
          NM NO.: 23-103
          TX BAR NO.: 24133590
          jorge@jfdlawfirm.com

          **BY: */S/ JEFFERY E. PRATT***
          JEFFERY E. PRATT
          TX BAR NO.: 16239980
          NM/FEDERAL BAR NO. 24-351
          JPRATT@JFDLAWFIRM.COM
          **ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the above and foregoing has been forwarded to the following counsel of record in accordance with the FEDERAL RULES OF CIVIL PROCEDURE on this the 10th day of January 2025.

          **BY: */S/ JEFFERY E. PRATT***