IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JUAN CARLOS LEON-HERRERA,

    Plaintiff,

v.

JORGE ZUNIGA ISAIS d/b/a RVJ TRANSPORT; CUSTOM PRO LOGISTICS, LLC; THEY SYGMA NETWORK, INC.; AND CAL FRESCO, LLC.

    Defendant.

Case No. 2:24-cv-00153-MIS/GJF
Hon. Margaret I. Strickland

## CERTIFICATE OF SERVICE

Pursuant to D.N.M.LR-Civ. 26.2, Defendant Custom Pro Logistics, LLC, by and through its counsel of record, Mayer, LLP (Brian J. Fisher and J. Ashley Cummings), certify that the following were served on January 15, 2025:

1. *Defendant Custom Pro Logistics, LLC's Responses, Answers, and Objections to Plaintiff's First Requests for Production, Interrogatories, and Admission.*

The discovery requests identified above were served via electronic mail to the following counsel of record:

| | |
|---|---|
| Jorge L. Alvarez<br>Jason F. DeSouza<br>DESOUZA INJURY LAWYERS<br>4047 Naco Perrin, Suite 100<br>San Antonio, TX 78217<br>jorge@jfdlawfirm.com<br>jason@jfdlawfirm.com<br>***Attorneys for Plaintiff Juan Carlos Leon-Herrera*** | Judd C West<br>Julia Broggi<br>HOLLAND & HART LLP<br>110 N Guadalupe St # 1<br>Santa Fe, NM 87501<br>jcwest@hollandhart.com<br>jbroggi@hollandhart.com<br>***Attorneys for Defendant The Sygma Network, Inc.*** |
| Seth L. Sparks | Raul P. Sedillo |

| | |
|---|---|
| B.W. Stone<br>RODEY, DICKASON, SLOAN, AKIN & ROBB<br>PO Box 1888<br>Albuquerque, NM 87103<br>ssparks@rodey.com<br>bstone@rodey.com<br>***Attorneys for Defendant Cal Fresco, LLC*** | Schuyler "Sky" Willard<br>JONES, SKELTON & HOUCHULI, P.L.C.<br>8220 San Pedro Dr. NE, Suite 420<br>Albuquerque, NM 87113<br>rsedillo@jshfirm.com<br>swillard@jshfirm.com<br>***Attorneys for Defendant Jorge Zuniga Isais d/b/a RVJ Transport*** |

Respectfully submitted,

**MAYER LLP**

By:   */s/ J. Ashley Cummings*
       Brian J. Fisher
       J. Ashley Cummings

4101 Indian School Rd. NE, Suite 301N
Albuquerque, New Mexico 87110
Telephone:  505.483.1840
Facsimile:  505.483.1841
Email:       bfisher@mayerllp.com
               acummings@mayerllp.com

*Attorneys for Defendant Custom Pro Logistics LLC*