IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JUAN CARLOS LEON-HERRERA,

    Plaintiff,

v.                                        Case No. 2:24-cv-00153-MIS/GJF

JORGE ZUNIGA ISAIS d/b/a RVJ
TRANSPORT; CUSTOM PRO
LOGISTICS, LLC; THEY SYGMA
NETWORK, INC.; AND CAL FRESCO,
LLC.

    Defendant.

## NOTICE OF COMPLETION OF BRIEFING

Defendant, Custom Pro Logistics, LLC ("Defendant") by and through its counsel of record, Mayer LLP (Brian J. Fisher and J. Ashley Cummings), hereby files this Notice of Completion of Briefing pursuant to D.N.M.LR-Civ. 7.4 and notifies the Court of the following:

1.    Defendant, Custom Pro Logistics, LLC filed an Expedited Motion to Stay Discovery to Federal Rule of Civil Procedure 12(b)(6) on December 30, 2024. *See* Doc. 62.

2.    Plaintiff filed his Response to Defendant's Expedited Motion to Stay Discovery on January 10, 2025. *See* Doc. 75.

3.    Custom Pro filed its Reply In Support Of Expedited Motion To Stay Discovery on January 17, 2025. *See* Doc. 84.

By submitting this Notice of Completion of Briefing, Defendant represents that the above-referenced Motion is ready for decision.

Respectfully submitted,

**MAYER LLP**

By:    */s/   Brian J. Fisher*
       Brian J. Fisher
       J. Ashley Cummings

4101 Indian School Road NE
Suite 301N
Albuquerque, New Mexico 87110
Telephone:   505.483.1840
Facsimile:   505.483.1841
Email:  BFisher@mayerllp.com
        ACummings@mayerllp.com

*Attorneys for Custom Pro Logistics, LLC*

## CERTIFICATE OF SERVICE

      This is to certify that on January 21, 2025, a true and correct copy of the foregoing was forwarded to the following counsel of record via CM/ECF and electronic mail pursuant to Federal Rule of Civil Procedure 5:

| | |
|---|---|
| Jorge L. Alvarez<br>Jason F. DeSouza<br>DESOUZA INJURY LAWYERS<br>4047 Naco Perrin, Suite 100<br>San Antonio, TX 78217 | jorge@jfdlawfirm.com<br>jason@jfdlawfirm.com |

*Attorneys for Plaintiff Juan Carlos Leon-Herrera*

| | |
|---|---|
| Judd C West<br>Julia Broggi<br>HOLLAND & HART LLP<br>110 N Guadalupe St # 1<br>Santa Fe, NM 87501 | jcwest@hollandhart.com<br>jbroggi@hollandhart.com |

*Attorneys for Defendant The Sygma Network, Inc.*

| | |
|---|---|
| Seth L. Sparks<br>B.W. Stone<br>RODEY, DICKASON, SLOAN, AKIN & ROBB<br>PO Box 1888<br>Albuquerque, NM 87103 | ssparks@rodey.com<br>bstone@rodey.com |

*Attorneys for Defendant Cal Fresco, LLC*

| | |
|---|---|
| Raul P. Sedillo<br>Schuyler "Sky" Willard<br>JONES, SKELTON & HOUCHULI, P.L.C.<br>8220 San Pedro Dr. NE, Suite 420<br>Albuquerque, NM 87113 | rsedillo@jshfirm.com<br>swillard@jshfirm.com |

*Attorneys for Defendant Jorge Zuniga Isais d/b/a RVJ Transport*

By:   */s/  Brian J. Fisher*
       Brian J. Fisher